UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  EWER, DAVID GLEN
 Debtor(s)

CASE NO. 09-23222 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:          March 4, 2011           By: /s/ Stacia L. Yoon
                                        STACIA L. YOON, TRUSTEE #16933-53
                                        Genetos Retson & Yoon LLP
                                        8585 Broadway, Suite 480
                                        Merrillville, IN 46410
                                        Telephone: (219) 755-0401
                                        bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Laura R.  Rochet, lrr@geracilaw.com
Regular Mail:
EWER, DAVID GLEN, 9518 MCKINLEY STREET, CROWN POINT, IN 46307
Chase Bank USA, N.A., % Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374
HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 East Ft. Lowell Road, Suite 200, Tucson, AZ 85712

| Printed: 03/03/11 08:43 AM | | | | **Claims Distribution Small Checks** | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-23222 - EWER, DAVID GLEN

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 92008256097466 | 111 | 03/03/11 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $7.30 |
| | | 3 | 08/18/10 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | 240.52 | 240.52 | 2.84 | 2.84 |
| | | 6 | 09/16/10 | 610 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | 378.06 | 378.06 | 4.46 | 4.46 |

(*) Denotes objection to Amount Filed